Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
04/27/2026
CT Log Number 552062101

## Service of Process Transmittal Summary

**TO:**  Legal Process Shared
U.S. Bancorp
U.S. BANCORP CENTER, 800 NICOLLET MALL
MINNEAPOLIS, MN 55402-

**RE:**  **Process Served in Oregon**

**FOR:**  U.S. Bancorp  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: SUSAN REINGOLD // To: U.S. Bancorp |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Multnomah County Circuit Court, OR<br>Case # 26CV19112 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 05/27/2024 |
| **PROCESS SERVED ON:** | C T Corporation System, Salem, OR |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/27/2026 at 14:49 |
| **JURISDICTION SERVED:** | Oregon |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date of service of this summons upon you (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | John Schroedel<br>2505 SE 11 th Aye, Ste 208<br>Portland, OR 97202<br>503-419-3013 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/29/2026, Expected Purge Date: 05/04/2026<br><br>Image SOP<br><br>Email Notification,  Legal Process Shared  legal.process@usbank.com |
| **REGISTERED AGENT CONTACT:** | CT Corporation System<br>780 Commercial Street? SE<br>Ste 100<br>Salem, OR 97301<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

EXHIBIT A - Page 1 of 10



**CT Corporation**
**Service of Process Notification**
04/27/2026
CT Log Number 552062101

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

EXHIBIT A - Page 2 of 10

# PROCESS SERVER DELIVERY DETAILS

**Date:**                                        Mon, Apr 27, 2026
**Server Name:**                                 Drop Service

| Entity Served | U.S. BANCORP |
|---|---|
| Case Number | 26CV19112 |
| Jurisdiction | OR |

| Inserts |
|---|
|  |



145604

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF MULTNOMAH

SUSAN REINGOLD,

                    Plaintiff,

                    v.

U.S. BANCORP and EMCOR FACILITIES
SERVICES, INC.,

                    Defendant.

Case No.: 26CV19112

SUMMONS

**TO:**    U.S. BANCORP
          c/o C T Corporation System
          780 Commercial St SE Ste 100
          Salem, OR 97301

       You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days, along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

John Schroedel
_____
ATTORNEY'S/AUTHOR'S NAME      BAR NO. 003799

**John Schroedel, Attorney At Law**
2505 SE 11th Ave, Ste 208
Portland, Oregon 97202
Tel.: 503-419-3013

_____
Trial Attorney if Other than Above      BAR NO.

STATE OF OREGON, County of Multnomah ss.

       I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
ATTORNEY FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
ATTORNEY FOR PLAINTIFF(S)

John Schroedel, Attorney at Law
2505 SE 11th Ave, Ste 208
Portland, Oregon 97202
Tel.: 503-419-3013

**Page 1 – SUMMONS**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

|  |  |
|---|---|
| SUSAN REINGOLD<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP and EMCOR FACILITIES SERVICES, INC.,<br><br>Defendants. | CASE NO.<br><br>COMPLAINT – PERSONAL INJURY NEGLIGENCE<br><br>PRAYER REQUESTED - $310,000.00<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>Fee Authority ORS 20.160(1)(c) - $594 |

1.

At all material times mentioned herein, Defendant U.S. Bancorp is a foreign corporation authorized to do business in the state of Oregon.

2.

At all material times mentioned herein, Defendant EMCOR Facilities Services, Inc. (hereinafter "Defendant EMCOR") is a foreign corporation authorized to do business in the State of Oregon.

///

///

///

Page 1 of 3 - COMPLAINT

John Schroedel, Attorney at Law
2505 SE 11th Avenue Suite 208
Portland, OR 97202

3.

At all material times mentioned herein, Defendant U.S. Bancorp owned and operated a U.S. Bank branch (hereinafter "U.S. Bank") located at 8205 SW Beaverton-Hillsdale Highway, Portland, Oregon, located in Washington County, State of Oregon.

4.

At all material times mentioned herein, Defendant EMCOR was contracted to inspect, maintain and repair the facilities and property of U.S. Bank located at 8205 SW Beaverton-Hillsdale Highway, Portland, Oregon.

5.

At all material times mentioned herein, Defendants had managers, employees, agents and others within the control or right of control of Defendants working at the U.S. Bank. Those managers, employees and agents were acting within the course and scope of their employment or relationship with Defendants.

6.

On or about May 27, 2024, at approximately 5:45 p.m., Plaintiff Susan Reingold was walking on the sidewalk on SW Beaverton-Hillsdale Highway in front of Defendant U.S. Bank, when she tripped on an unsafe defect in the concrete sidewalk. As a result of the incident, Plaintiff suffered injuries as fully set forth below.

7.

Defendants were negligent in one or more of the following particulars which directly led to this incident and Plaintiff's injuries:

a. In failing to repair the adjacent sidewalk which was a violation of Beaverton City Code 5.05.017 and 5.05.18, constituting negligence *per se*;

b. In failing to locate and identify a hazardous condition;

c. In failing to remove the hazardous condition;

Page 2 of 3 - COMPLAINT

d.   In failing to warn Plaintiff of the hazardous condition; and

e.   In failing to protect Plaintiff from the hazardous condition.

8.

As a result of Defendants' negligence, Plaintiff suffered a displaced fracture of her left elbow. All of these injuries, and the consequences of them, are or may be permanent and have caused her to suffer non-economic damages including, but not limited to, past and future pain and suffering as well as past and future inconvenience and interference with normal and usual activities apart from gainful employment, all to her non-economic damages of $300,000.00

9.

As a result of Defendants' negligence, Plaintiff incurred and will incur past and future reasonable and necessary medical expenses in the amount of $10,000.00 with additional amounts to be proven at trial.

WHEREFORE, Plaintiff prays for judgment against the Defendants for noneconomic damages of $300,000.00, economic damages of $10,000.00 and Plaintiff's costs and disbursements herein.

DATED this 21st day of April 2026.

/s/ John Schroedel
John Schroedel, OSB #003799
Attorney for Plaintiff

Page 3 of 3 - COMPLAINT

**Oregon Courts**
Oregon Judicial Department

# An Option for Resolving Your Dispute: Mediation

<u>Important Notice:</u> If you are receiving this form as the filing party, you must serve this form on the responding party.

## What is mediation?

- A voluntary way to resolve your case with the help of a neutral person (the mediator). Instead of having a judge decide your case, you can work with a mediator to settle your case.  You can still go to trial if you do not reach an agreement.

- The mediator will help you and the other party communicate and come up with options to settle the case.  The mediator does not take sides or give legal advice.

## How does mediation work?

- The mediator will explain the process at the beginning of mediation.  Parties may meet with the mediator together or the mediator may meet with you each separately. Either party can ask to meet with the mediator alone.

- During mediation, each party has an opportunity to suggest ideas for moving forward. The mediator helps the parties come up with ideas and possible solutions.

- If both parties agree to a resolution, you may not need to go to court or arbitration. There is only a resolution in mediation if both parties agree to it.

## Why should I mediate?

- It can be faster, less expensive, and less stressful than a trial or hearing.
- Parties decide the outcome instead of a judge.
- Parties can find more creative ways to resolve the dispute.
- It's private and confidential (with a few exceptions).
- It gives parties an opportunity to hear each other's perspectives.
- Parties are more likely to follow mediated agreements than court judgments.
- Parties often report higher satisfaction than in a court trial.

## Things to consider before mediation.

There may be times when mediation is not appropriate.  Tell your mediator or attorney if:

- Mediation poses a risk to your safety;
- You can't make decisions about your case; or
- You think you'll agree to something you don't want.

The mediator may be able to address your concerns so that you can mediate.

Oregon Judicial Department                                                            August 2024

**Oregon Courts**
Oregon Judicial Department

### Where do we meet with the mediator?

Mediation usually happens in person or by video conference (for example, Zoom or Webex).

### Who chooses the mediator?

Some courts will provide a mediator in landlord-tenant and small claims cases. The parties may also agree on a private mediator on their own.

Another option is to go through a Community Dispute Resolution Center (CDRC). To find one go to: Oregon Office for Community Dispute Resolution | School of Law (uoregon.edu)

You can also find private mediators using these resources:

- Oregon Mediation Association - Find a Mediator: https://ormediation.org
- The mediator search tool at Mediate.com: https://mediate.com

### How much does mediation cost?

Some courts offer free mediation services in landlord-tenant and small claims cases. Otherwise, the cost for a mediator varies. Private mediators usually charge by the hour. Community dispute resolution centers (CDRCs) may be less expensive.

### Can I get an interpreter for mediation?

If the court sends the case to mediation, interpreters are available for people with limited English proficiency and for people who are deaf (ASL) or hard of hearing for free. Please let your mediator or the court know that you will need an interpreter prior to your court date or mediation conference.

### How do I get my case to mediation?

- The court may refer your case to mediation without you asking.
- You can also ask the court to send your case to mediation by filing a request for mediation (check with your local court for forms).
- You may talk with the other person directly and agree on mediation. If you decide to work with a private mediator, contact the mediator directly to learn more about their process.

### My case is going to arbitration — can I mediate my case instead?

Yes, some courts have an established mediation program and can refer you to a mediator. In these counties, arbitration is not required if the parties don't agree on an outcome in mediation. Instead, they are referred to a judge for further case processing.

If your court does not have a mediation program, the parties can still choose to mediate with a private mediator but may be required to attend arbitration if they can't agree on an outcome.

Oregon Judicial Department                                              August 2024

EXHIBIT A - Page 9 of 10

# Local Mediation Program Information

Court location: Multnomah

## Mediation Programs

### Small Claims

The Court requires parties to attend mediation orientation. If parties choose to mediate, a mediator will be provided for free.

### Landlord Tenant

The Court does not provide mediators in Landlord Tenant cases. Parties can request mediation and must hire a mediator at their own expense.

### Civil

The Court does not provide mediators in Civil cases. Parties can request mediation and must hire a mediator at their own expense.

### Probate

The Court does not provide mediators in Probate cases. Parties can request mediation and must hire a mediator at their own expense.

## Find more information on our website:

Oregon Judicial Department : Mediation : Programs & Services : State of Oregon

**www.courts.oregon.gov/courts/multnomah/programs-services/Pages/mediation.aspx**

Visit the court's website for this form in Spanish, Korean, Russian, Traditional Chinese, Arabic and Vietnamese.



Oregon Judicial Department                                    August 2024

EXHIBIT A - Page 10 of 10